

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00690-CV

Matthew **KUNKEL**,
Appellant

v.

**ACCELERATED INVENTORY MANAGEMENT, LLC**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2022CV03570
Honorable J. Frank Davis, Judge Presiding

PER CURIAM

Sitting:    Luz Elena D. Chapa, Justice
            Irene Rios, Justice
            Beth Watkins, Justice

Delivered and Filed: December 7, 2022

MOTION GRANTED; APPEAL DISMISSED

Appellant Matthew Kunkel filed a notice of appeal challenging a final judgment signed on October 6, 2022. On October 28, 2022, appellant filed a letter informing us he would "not be moving forward with the appeal process." We notified Kunkel we construed his letter as a motion requesting voluntary dismissal of this appeal pursuant to Texas Rule of Appellate Procedure 42.1(a)(1). *See* TEX. R. APP. P. 42.1(a)(1) (stating court may dismiss appeal on appellant's motion). We also ordered Kunkel to file a response by November 14, 2022, if he was not seeking voluntary dismissal of his appeal, and we cautioned him if we did not receive a response by that

date, we would act on the motion and dismiss the appeal. *See id*. R. 2, 42.1(a)(1). Kunkel has not filed a response. Accordingly, we grant Kunkel's motion and dismiss the appeal. *See Miller v. Hooker*, No. 07-21-00054-CV, 2021 WL 2189019, at *1 (Tex. App.—Amarillo May 28, 2021, no pet.) (mem. op.) (construing letter filed by appellant as motion requesting voluntary dismissal and dismissing appeal).

PER CURIAM